IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> FIRST BRANDS GROUP, LLC, *et al.,* <br><br> Debtors.[1] <br><br> QBE Insurance Corporation, Ironshore Indemnity, Inc., Fair American Insurance and Reinsurance Company, Allianz Global Risks US Insurance Company, Westfield Select Insurance Company, AXIS Insurance Company, and Zurich American Insurance Company, <br><br> Appellants, <br><br> v. <br><br> Edward James, *et al.,* <br><br> Appellees. | Civil Action No. 4:26-cv-00962 <br><br> Bankruptcy Case No. 25-90399 |

**APPELLEE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF FIRST BRANDS GROUP, LLC'S MOTION TO ACCEPT DOCUMENTS
UNDER SEAL INTO THE RECORD PURSUANT TO BANKRUPTCY RULE 8009(f)**

Pursuant to Rules 8009(f) and 8013(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Appellee the Official Committee of Unsecured Creditors of First Brands Group, LLC, *et al.* (the "**Committee**") hereby moves (the "**Motion**") for entry of an order, substantially in the form attached hereto as **Exhibit A**, accepting under seal certain documents previously filed under seal in the: (i) jointly administered chapter 11 cases of First Brands Group, LLC, *et al.*, Case No. 25-90399 (Bankr. S.D. Tex.) (collectively, the "**Chapter 11 Cases**"); and (ii) adversary proceeding styled *First Brands Group, LLC, et al. v. Patrick James, et al.*, Adv. Pro.

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/firstbrands. Debtors' service address for these chapter 11 cases is 127 Public Square, Suite 5300, Cleveland, OH 44114.

No. 25-03803 (Bankr. S.D. Tex.) (the "**Adversary Proceeding**") and included in the Committee's Counter-Designation of the Record (the "**Counter-Designation**") filed at Docket Nos. 9 and 10 in the above-captioned appeal (the "**Appeal**").  In support of this Motion, the Committee respectfully states as follows:

## JURISDICTION

1. The Bankruptcy Court below has subject-matter jurisdiction over the Chapter 11 Cases in accordance with 28 U.S.C. §§ 157(a) and 1334(b).  Venue in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2. This Court has subject-matter jurisdiction to hear and decide this Motion under 28 U.S.C. § 158(a)(1).

3. The grounds for the relief requested herein are Bankruptcy Rules 8009(f) and 8013(b).

## DISCUSSION

4. The Committee has filed the Counter-Designation to identify those items the Committee seeks to include in the record for this Appeal.  The Counter-Designation includes certain documents that were filed under seal in the Chapter 11 Cases and the Adversary Proceeding (collectively, the "**Sealed Documents**").

5. Bankruptcy Rule 8009(f) provides that the Sealed Documents may be transmitted to this Court only upon the Court's Order.  Fed. R. Bankr. P. 8009(f) ("[A] party must file in the court where the appeal is pending a motion to accept the document under seal.  If the motion is granted, the movant must notify the bankruptcy court, and the bankruptcy clerk must promptly send the sealed document to the clerk of the court where the appeal is pending").  Bankruptcy Rule 8009(f) "has no counterpart in the Appellate Rules, [and] deals with the way such secret or

confidential information is to be protected in the event the document or documents containing such information are included in the record on appeal." 10 Collier on Bankr. ¶ 8009.11 (16th ed. 2025).

6. The Sealed Documents identified in the Counter-Designation include:

**A. Items filed in the Chapter 11 Cases, *In re First Brands Group, LLC, et al.*, Case No. 25-90399 (Bankr. S.D. Tex.):**

|    | Date Filed | Docket No. | Description |
|----|------------|------------|-------------|
| 1. | 01/05/2026 | 1167-1 | Exhibit B to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - AXA XL Excess Policy [SEALED] |
| 2. | 01/05/2026 | 1167-1 | Exhibit C to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Sompo Excess Policy [SEALED] |
| 3. | 01/05/2026 | 1167-1 | Exhibit D to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Markel Excess Policy [SEALED] |
| 4. | 01/05/2026 | 1167-1 | Exhibit E to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Berkley Excess Policy [SEALED] |
| 5. | 01/05/2026 | 1167-1 | Exhibit F to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Arch Excess Policy [SEALED] |
| 6. | 01/05/2026 | 1167-1 | Exhibit G to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Chubb Excess Policy [SEALED] |
| 7. | 01/05/2026 | 1167-1 | Exhibit H to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Hartford Excess Binder [SEALED] |
| 8. | 01/05/2026 | 1167-1 | Exhibit I to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Everest Excess Policy [SEALED] |
| 9. | 01/05/2026 | 1167-1 | Exhibit J to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Old Republic Excess Policy [SEALED] |
| 10. | 01/05/2026 | 1167-1 | Exhibit L to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Side A QBE Binder (Excess) [SEALED] |

|  | **Date Filed** | **Docket No.** | **Description** |
|---|---|---|---|
| 11. | 01/05/2026 | 1167-1 | Exhibit M to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Side A Beazley Binder (Excess) [SEALED] |
| 12. | 01/05/2026 | 1167-1 | Exhibit N to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Side A Liberty Binder (Excess) [SEALED] |
| 13. | 01/05/2026 | 1167-1 | Exhibit O to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Side A ATRI Endorsement (Excess) [SEALED] |
| 14. | 01/05/2026 | 1167-1 | Exhibit P to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Side A Allianz Binder (Excess) [SEALED] |
| 15. | 01/05/2026 | 1167-1 | Exhibit Q to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Side A Westfield Endorsement (Excess) [SEALED] |
| 16. | 01/05/2026 | 1167-1 | Exhibit R to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Side A Zurich Endorsement (Excess) [SEALED] |
| 17. | 01/05/2026 | 1167-1 | Exhibit S to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Side A Axis Endorsement (Excess) [SEALED] |
| 18. | 01/05/2026 | 1167-1 | Exhibit T to Amended D&O Motion Movants' Witness & Exhibit List for Hearing Scheduled for January 7, 2026 - Side A GAIG Policy (Excess) [SEALED] |
| 27. | 01/05/2026 | 1170-1 | Exhibit 6 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Emails between E. James (Optimus) and J. Nielsen and R. Atwood (2025.07.13) [ONSET_00036174] [SEALED] |
| 28. | 01/05/2026 | 1170-1 | Exhibit 7 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Emails between E. James, R. Atwood, and J. Nielsen discussing sharing agreement (2025.05.06) [ONSET_00041585] [SEALED] |
| 29. | 01/05/2026 | 1170-1 | Exhibit 8 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Emails between E. James, R. Atwood, and J. Nielsen discussing 50/50 kickbacks [missing Weil internal tag] (2023.01.04) [ONSET_00155347] [SEALED] |

|  | **Date Filed** | **Docket No.** | **Description** |
|---|---|---|---|
| 31. | 01/05/2026 | 1170-1 | Exhibit 10 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Project Overdrive - 10.31.25 Approved Budget Variance Report (2025.11.06) [SEALED] |
| 32. | 01/05/2026 | 1170-1 | Exhibit 11 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Project Overdrive - 11.28.25 Approved Budget Variance Report (2025.12.04) [SEALED] |
| 33. | 01/05/2026 | 1170-1 | Exhibit 12 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Project Overdrive - 12.26.25 Approved Budget Variance Report (2025.12.31) [SEALED] |
| 35. | 01/05/2026 | 1170-1 | Exhibit 14 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Project Overdrive - DIP Forecast (2025.09.30) [SEALED] |
| 36. | 01/05/2026 | 1170-1 | Exhibit 15 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Project Overdrive - DIP Budget (20251204) [SEALED] |
| 37. | 01/05/2026 | 1170-1 | Exhibit 16 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Project Overdrive – DIP Budget (20260102) [SEALED] |
| 38. | 01/05/2026 | 1170-1 | Exhibit 17 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Project Overdrive - Tier 1-2 - Business Plan (2025.12.16) [SEALED] |
| 42. | 01/05/2026 | 1170-1 | Exhibit 21 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Onset Bank Statements – Carnaby FA [SEALED] |
| 43. | 01/05/2026 | 1170-1 | Exhibit 22 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Onset Bank Statements – Carnaby I [SEALED] |
| 44. | 01/05/2026 | 1170-1 | Exhibit 23 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Onset Bank Statements – Carnaby IV [SEALED] |
| 45. | 01/05/2026 | 1170-1 | Exhibit 24 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 Hearing - Onset BoA Bank Statements – Direct Leases / FBG to Onset [SEALED] |
| 46. | 01/05/2026 | 1170-1 | Exhibit 25 to The Official Committee of Unsecured Creditors' Witness and Exhibit List for January 7, 2026 |

|  | Date Filed | Docket No. | Description |
|---|---|---|---|
|  |  |  | Hearing - Onset BoA Bank Statements – Direct Leases / Onset to FBG [SEALED] |
| 49. | 1/06/2026 | 1210-1 | Exhibit 31 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 Hearing - Complaint filed in Adv. Proc. No. 25-03803 Adv. Dkt. 4 [SEALED] |
| 52. | 1/06/2026 | 1210-1 | Exhibit 34 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 2 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - First Brands Group, LLC General Ledger, Fiscal Year 2018.  [SEALED] |
| 53. | 1/06/2026 | 1210-1 | Exhibit 35 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 3 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - First Brands Group, LLC General Ledger, Fiscal Year 2019.  [SEALED] |
| 54. | 1/06/2026 | 1210-1 | Exhibit 36 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 6 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - First Brands Group, LLC General Ledger, Fiscal Year 2020.  [SEALED] |
| 55. | 1/06/2026 | 1210-1 | Exhibit 37 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 Hearing - Exhibit 7 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - First Brands Group, LLC General Ledger, Fiscal Year 2021. [SEALED] |
| 56. | 1/06/2026 | 1210-1 | Exhibit 38 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 8 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - First Brands Group, LLC General Ledger, Fiscal Year 2022. [SEALED] |
| 57. | 1/06/2026 | 1210-1 | Exhibit 39 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 9 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - January 7, 2022 to September 30, 2025 transaction records for Bowery Finance, LLC and Bowery Finance II, LLC bank account at Wells Fargo. [SEALED] |
| 58. | 1/06/2026 | 1210-1 | Exhibit 40 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 12 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - First Brands Group, LLC General Ledger, Fiscal Year 2023. [SEALED] |

|  | Date Filed | Docket No. | Description |
|---|---|---|---|
| 59. | 1/06/2026 | 1210-1 | Exhibit 41 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 16 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - August 17, 2023 Microsoft Teams message from C. Moodey to M. Baker. [SEALED] |
| 60. | 1/06/2026 | 1210-1 | Exhibit 42 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 18 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - First Brands Group, LLC General Ledger, Fiscal Year 2024. [SEALED] |
| 61. | 1/06/2026 | 1210-1 | Exhibit 43 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 19 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - January 12, 2024 Email from A. Brumbergs to L. Stein re: Distribution today. [SEALED] |
| 62. | 1/06/2026 | 1210-1 | Exhibit 44 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 20 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - October 8, 2024 to September 17, 2025 transaction records for Carnaby FA LLC bank account at HSBC Bank USA NA. [SEALED] |
| 63. | 1/06/2026 | 1210-1 | Exhibit 45 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 21 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - October 9, 2024 to September 17, 2025 transaction records for Carnaby Inventory I LLC bank account at HSBC Bank USA NA. [SEALED] |
| 64. | 1/06/2026 | 1210-1 | Exhibit 46 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 22 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - August 10, 2024 to September 23, 2025 transaction records for Starlight Inventory I LLC bank account at HSBC Bank USA NA. [SEALED] |
| 65. | 1/06/2026 | 1210-1 | Exhibit 47 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 23 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - October 17, 2024 to September 17, 2025 transaction records for Carnaby Inventory IV LLC bank account at HSBC Bank USA NA. [SEALED] |

|     | Date Filed | Docket No. | Description |
| --- | --- | --- | --- |
| 66. | 1/06/2026 | 1210-1 | Exhibit 48 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 24 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - October 17, 2024 to September 17, 2025 transaction records for Carnaby Inventory II LLC bank account at HSBC Bank USA NA. [SEALED] |
| 67. | 1/06/2026 | 1210-1 | Exhibit 49 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 25 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - October 17, 2024 to September 17, 2025 transaction records for Carnaby Inventory III LLC bank account at HSBC Bank USA NA. [SEALED] |
| 68. | 1/06/2026 | 1210-1 | Exhibit 50 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 26 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - October 17, 2024 to September 23, 2025 transaction records for Patterson Inventory LLC bank account at HSBC Bank USA NA. [SEALED] |
| 69. | 1/06/2026 | 1210-1 | Exhibit 51 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 28 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - October 31, 2024 Email from A. Brumbergs to K. Ruminski re: $25M distribution. [SEALED] |
| 70. | 1/06/2026 | 1210-1 | Exhibit 52 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 30 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - First Brands Group, LLC General Ledger, Fiscal Year 2025. [SEALED] |
| 71. | 1/06/2026 | 1210-1 | Exhibit 53 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 31 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - January 1, 2025 to January 31, 2025 HSBC Statement for Carnaby Inventory IV LLC. [SEALED] |
| 72. | 1/06/2026 | 1210-1 | Exhibit 54 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 32 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - March 1, 2025 to March 31, 2025 HSBC Statement for Carnaby Inventory IV LLC. [SEALED] |

|  | Date Filed | Docket No. | Description |
|---|---|---|---|
| 73. | 1/06/2026 | 1210-1 | Exhibit 55 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 33 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - April 1, 2025 to April 30, 2025 HSBC Statement for Carnaby FA LLC. [SEALED] |
| 74. | 1/06/2026 | 1210-1 | Exhibit 56 to The Official Committee of Unsecured Creditors' Amended Witness and Exhibit List for January 7, 2026 - Exhibit 42 to Debtors' Amended Witness & Exhibit List filed on November 7, 2025 - January 19, 2024 Email from K. Ruminski to E. French re: BP billback invoice through 12-31-2023 and attachments. [SEALED] |
| 77. | 01/07/2026 | 1213-1 | Exhibit 59 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 2025.12.22 Email between M3 and A&M [SEALED] |
| 78. | 01/07/2026 | 1213-1 | Exhibit 60 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.8.1_Lease Schedule No. 006 Documentation Package [SEALED] |
| 79. | 01/07/2026 | 1213-1 | Exhibit 61 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.8.2_Lease Schedule No. 004 Documentation 1 [SEALED] |
| 80. | 01/07/2026 | 1213-1 | Exhibit 62 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.8.3_Lease Schedule No. 003 Documentation 1 [SEALED] |
| 81. | 01/07/2026 | 1213-1 | Exhibit 63 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.8.4_Schedule No. 008 Documentation [SEALED] |
| 82. | 01/07/2026 | 1213-1 | Exhibit 64 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.8.5_Schedule No. 007 Documentation [SEALED] |
| 83. | 01/07/2026 | 1213-1 | Exhibit 65 The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.8.6_Schedule No. 001 Documentation – Signed [SEALED] |
| 84. | 01/07/2026 | 1213-1 | Exhibit 66 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.8.7_Lease Schedule No. 002 Documentation [SEALED] |

|     | Date Filed | Docket No. | Description |
| --- | --- | --- | --- |
| 85. | 01/07/2026 | 1213-1 | Exhibit 67 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.8.8_Lease Schedule No. 005 Documentation [SEALED] |
| 86. | 01/07/2026 | 1213-1 | Exhibit 68 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.8.9 Lease Schedule No. 009 Documentation [SEALED] |
| 87. | 01/07/2026 | 1213-1 | Exhibit 69 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.7_Lease Schedule No. 003 Documentation [SEALED] |
| 88. | 01/07/2026 | 1213-1 | Exhibit 70 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.8_Lease Schedule No. 002 Documentation [SEALED] |
| 89. | 01/07/2026 | 1213-1 | Exhibit 71 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.9_Lease Schedule No. 001 Documentation [SEALED] |
| 90. | 01/07/2026 | 1213-1 | Exhibit 72 The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.10_Lease Schedule No. 004 Documentation [SEALED] |
| 91. | 01/07/2026 | 1213-1 | Exhibit 73 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.11_Lease Schedule No. 005 Documentation [SEALED] |
| 92. | 01/07/2026 | 1213-1 | Exhibit 74 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.12_Lease Schedule No. 017 Documentation Updated [SEALED] |
| 93. | 01/07/2026 | 1213-1 | Exhibit 75 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.13_Lease Schedule No. 021 Documentation (Executed) [SEALED] |
| 94. | 01/07/2026 | 1213-1 | Exhibit 76 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.14_Lease Schedule No. 020 Documentation (Executed) [SEALED] |
| 95. | 01/07/2026 | 1213-1 | Exhibit 77 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.15_Lease Schedule No. 018 Documentation (Executed) [SEALED] |

|  | Date Filed | Docket No. | Description |
|---|---|---|---|
| 96. | 01/07/2026 | 1213-1 | Exhibit 78 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.16_Lease Schedule No. 016 Documentation [SEALED] |
| 97. | 01/07/2026 | 1213-1 | Exhibit 79 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.17_Lease Schedule No. 015 Documentation [SEALED] |
| 98. | 01/07/2026 | 1213-1 | Exhibit 80 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.18_Lease Schedule No. 014 Documentation [SEALED] |
| 99. | 01/07/2026 | 1213-1 | Exhibit 81 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.19_Lease Schedule No. 012 Documentation [SEALED] |
| 100. | 01/07/2026 | 1213-1 | Exhibit 82 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.20_Lease Schedule No. 011 Documentation [SEALED] |
| 101. | 01/07/2026 | 1213-1 | Exhibit 83 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.21_Lease Schedule No. 010 Documentation [SEALED] |
| 102. | 01/07/2026 | 1213-1 | Exhibit 84 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.22_Lease Schedule No. 027 Documentation [SEALED] |
| 103. | 01/07/2026 | 1213-1 | Exhibit 85 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.23_Lease Schedule No. 026 Documentation [SEALED] |
| 104. | 01/07/2026 | 1213-1 | Exhibit 86 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.24_Lease Schedule No. 025 Documentation [SEALED] |
| 105. | 01/07/2026 | 1213-1 | Exhibit 87 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.25_Lease Schedule No. 024 Documentation [SEALED] |
| 106. | 01/07/2026 | 1213-1 | Exhibit 88 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.26_Lease Schedule No. 023 Documentation Executable [SEALED] |

|  | Date Filed | Docket No. | Description |
|---|---|---|---|
| 107. | 01/07/2026 | 1213-1 | Exhibit 89 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.27_Lease Schedule No. 022 Documentation (002) [SEALED] |
| 108. | 01/07/2026 | 1213-1 | Exhibit 90 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.28_Lease Schedule No. 006 Documentation [SEALED] |
| 109. | 01/07/2026 | 1213-1 | Exhibit 91 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.29_Lease Schedule No. 007 Documentation [SEALED] |
| 110. | 01/07/2026 | 1213-1 | Exhibit 92 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.30_Lease Schedule No. 008 Documentation [SEALED] |
| 111. | 01/07/2026 | 1213-1 | Exhibit 93 to The Official Committee of Unsecured Creditors' Second Amended Witness and Exhibit List for January 7, 2026 - 4.1.6.7.31_Lease Schedule No. 009 Documentation [SEALED] |
| 114. | 02/18/2026 | 1961 | Appellee's Designation of Items to be Included in the Record on Appeal [SEALED] |

B. **Items filed in the Adversary Proceeding,** *First Brands Group, LLC, et al. v. Patrick James, et al.*, **Adv. Pro. No. 25-03803 (Bankr. S.D. Tex.)**

|  | Date Filed | Docket No. | Description |
|---|---|---|---|
| 123. | 11/07/2025 | 35-4 | Exhibit 4 to Debtors' Amended Witness and Exhibit List for Hearing on November 10, 2025 - August 30, 2019 to December 28, 2024 First Brands Group, LLC General Ledger entries of transfers to Patrick James. [SEALED] |
| 124. | 11/07/2025 | 35-5 | Exhibit 5 to Debtors' Amended Witness and Exhibit List for Hearing on November 10, 2025 - October 4, 2019 to July 26, 2025 First Brands Group, LLC General Ledger entries of transfers to MRRDISON LLC, Baer House, and Meridian Moving and Storage. [SEALED] |
| 125. | 11/07/2025 | 35-10 | Exhibit 10 to Debtors' Amended Witness and Exhibit List for Hearing on November 10, 2025 - January 7, 2022 to September 30, 2025 transaction records for Bowery Finance, LLC and Bowery Finance II, LLC bank account at Wells Fargo. [SEALED] |
| 126. | 11/07/2025 | 35-11 | Exhibit 11 to Debtors' Amended Witness and Exhibit List for Hearing on November 10, 2025 - December 20, 2022 |

| | Date Filed | Docket No. | Description |
|---|---|---|---|
| | | | Microsoft Teams messages between N. Cortes and A. Brumbergs. [SEALED] |
| 127. | 11/07/2025 | 35-27 | Exhibit 27 to Debtors' Amended Witness and Exhibit List for Hearing on November 10, 2025 - October 17, 2024 to October 10, 2025 transaction records for Broad Street Financial LLC bank account at HSBC Bank USA NA. [SEALED] |
| 128. | 11/07/2025 | 35-34 | Exhibit 34 to Debtors' Amended Witness and Exhibit List for Hearing on November 10, 2025 - May 9, 2025 Brake Parts Inc. LLC Invoice No. 6328084. [SEALED] |
| 129. | 11/07/2025 | 35-35 | Exhibit 35 to Debtors' Amended Witness and Exhibit List for Hearing on November 10, 2025 - May 19, 2025 Email from V. Botescu to A. Brumbergs re: Botescu, Vlad shared "Step 2 – Eligible Nomination 05.19.25" with you. [SEALED] |
| 130. | 11/07/2025 | 35-36 | Exhibit 36 to Debtors' Amended Witness and Exhibit List for Hearing on November 10, 2025 - Microsoft Excel spreadsheet attachment to May 19, 2025 Email from V. Botescu to A. Brumbergs re: Botescu, Vlad shared "Step 2 – Eligible Nomination 05.19.25" with you. [SEALED] |
| 131. | 11/07/2025 | 35-37 | Exhibit 37 to Debtors' Amended Witness and Exhibit List for Hearing on November 10, 2025 - May 20, 2025 Email from R. Debrosse to A. Brumbergs, J. DiFranco re: 20250915 – PURCHASE REQUEST 05.20.25 and attachment. [SEALED] |
| 132. | 11/07/2025 | 35-43 | Exhibit 43 to Debtors' Amended Witness and Exhibit List for Hearing on November 10, 2025 - February 16, 2018 to August 8, 2025 First Brands Group, LLC General Ledger entries of transfers to Larchmont LLC. [SEALED] |
| 134. | 11/09/2025 | 41-2 | Exhibit 52 to Debtors' Supplemental Exhibit List for Hearing on November 10, 2025 - December 1, 2024 to December 31, 2024 Wells Fargo Statement for Bowery Finance II, LLC bank account [SEALED] |
| 135. | 11/09/2025 | 41-3 | Exhibit 53 to Debtors' Supplemental Exhibit List for Hearing on November 10, 2025 - December 21, 2024 to September 6, 2025 entries from First Brands Group, LLC schedule of total payments due to factoring entities [SEALED] |
| 136. | 11/09/2025 | 41-4 | Exhibit 54 to Debtors' Supplemental Exhibit List for Hearing on November 10, 2025 - December 26, 2024 Microsoft Teams message from J. DiFranco to N. Crighton [SEALED] |
| 137. | 11/09/2025 | 41-5 | Exhibit 55 to Debtors' Supplemental Exhibit List for Hearing on November 10, 2025 - December 27, 2024 |

| | Date Filed | Docket No. | Description |
|---|---|---|---|
| | | | Microsoft Teams message from A. Brumbergs to N. Crighton [SEALED] |
| 138. | 11/09/2025 | 41-6 | Exhibit 56 to Debtors' Supplemental Exhibit List for Hearing on November 10, 2025 - December 27, 2024 Microsoft Teams message from A. Brumbergs to N. Crighton [SEALED] |
| 139. | 11/09/2025 | 41-9 | Exhibit 59 to Debtors' Supplemental Exhibit List for Hearing on November 10, 2025 - December 27, 2024 Microsoft Teams message from N. Crighton to A. Brumbergs [SEALED] |
| 140. | 11/09/2025 | 41-10 | Exhibit 60 to Debtors' Supplemental Exhibit List for Hearing on November 10, 2025 - July 25, 2025 Microsoft Teams message from M. Chernyavskiy to N. Crighton, J. DiFranco, and E. French [SEALED] |
| 141. | 11/09/2025 | 41-11 | Exhibit 61 to Debtors' Supplemental Exhibit List for Hearing on November 10, 2025 - July 25, 2025 Microsoft Teams message from N. Crighton to J. DiFranco, E. French, and M. Chernyavskiy [SEALED] |
| 142. | 11/09/2025 | 41-14 | Exhibit 64 to Debtors' Supplemental Exhibit List for Hearing on November 10, 2025 - July 25, 2025 Microsoft Teams message from M. Chernyavskiy to N. Crighton, J. DiFranco, and E. French [SEALED] |
| 143. | 11/09/2025 | 41-15 | Exhibit 65 to Debtors' Supplemental Exhibit List for Hearing on November 10, 2025 - July 1, 2025 to July 31, 2025 Wells Fargo Statement for Bowery Finance II, LLC bank account [SEALED] |
| 144. | 11/09/2025 | 41-16 | Exhibit 66 to Debtors' Supplemental Exhibit List for Hearing on November 10, 2025 - July 23, 2025 to April 8, 2026 entries from First Brands Group, LLC schedule of payments due to factoring entities [SEALED] |

7. The Bankruptcy Court ordered the Sealed Documents to be sealed pursuant to the *Agreed Protective Order* entered in the Chapter 11 Cases at Docket No. 408 (the "**Protective Order**") or by separate Order.[2]

---

[2] Paragraph 14 of the Protective Order provides, in pertinent part, that "[t]he Court's approval and entry of an Order approving this Stipulation shall constitute authority for the Parties to file Confidential Discovery Material or Highly Confidential Discovery Material under seal without the necessity of filing a separate motion under Local Rule 9037-1(g) of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules")." The Bankruptcy Court entered additional Orders authorizing the sealing of certain

8.      As the relief sought by this Motion is procedural, this Court may enter the proposed order without awaiting a response pursuant to Bankruptcy Rule 8013(b).

## CONCLUSION

9.      The Committee respectfully requests that this Court grant the Motion and enter an order, substantially in the form attached hereto as **Exhibit A**, accepting the Sealed Documents identified in the Counter-Designation into the appellate record under seal, and granting such other and further relief that the Court deems just and proper.

| | |
|---|---|
| Dated: March 4, 2026<br>Dallas, Texas | Respectfully submitted,<br><br>*/s/ Ian R. Phillips*<br>Ian R. Phillips<br>Texas Bar No. 24091239<br>Seth Van Aalten, Esq. (*pro hac vice* pending)<br>Justin R. Alberto, Esq. (*pro hac vice* pending)<br>**COLE SCHOTZ P.C.**<br>901 Main Street, Suite 4120<br>Dallas, TX 75202<br>Telephone: (469) 557-9390<br>Facsimile: (469) 533-1587<br>iphillips@coleschotz.com<br>svanaalten@coleschotz.com<br>jalberto@coleschotz.com<br><br>-and-<br><br>Robert J. Stark, Esq. (*pro hac vice* pending)<br>Bennett S. Silverberg, Esq. (*pro hac vice* pending)<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>rstark@brownrudnick.com<br>bsilverberg@brownrudnick.com<br><br>-and- |

---

Sealed Documents at Docket Nos. 1103 and 1851 in the Chapter 11 Cases and Adv. Proc. Docket No. 101 in the Adversary Proceeding.

Tristan G. Axelrod, Esq. (*pro hac vice* pending)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
taxelrod@brownrudnick.com

*-and-*

Daniel J. Healy, Esq. (*pro hac vice* pending)
**BROWN RUDNICK LLP**
1900 N Street NW, 4th Floor
Washington, D.C. 20036
Telephone: (202) 536-1700
Facsimile: (202) 536-1701
dhealy@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing document to be served via the Court's ECF system on March 4, 2026.

>*/s/ Ian R. Phillips*
>Ian R. Phillips